UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Chris Martinez,

      Petitioner,

v.

**ORDER**
Civil File No. 22-02203 (MJD/DTS)

Michael Segal,
FCI Waseca Warden,

      Respondent.

Chris Martinez, Pro Se, Petitioner.

Adam J. Hoskins, DOJ-USAO and Ana H. Voss, Assistant United States Attorney, for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 14, 2023.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 14, 2023

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 14, 2023.  **[Doc. 18.]**

2. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 15, 2023                           s/Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court